AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Raymon Edward Dandridge

*Defendant*

)
)
) Case: 1:23-MJ-91
) Assigned To: Magistrate Judge G. Michael Harvey
) Assign. Date: 4/28/2023
) Description: Complaint with Arrest Warrant
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Raymon Edward Dandridge         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) Distribution of Child Pornography;
18 U.S.C. § 2423(b) Travel with Intent to Engage in Illicit Sexual Conduct.

Date:    04/28/2023

Digitally signed by G. Michael Harvey
Date: 2023.04.28 15:36:58 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4.28.2023 , and the person was arrested on *(date)* 5.01.2023
at *(city and state)* Washington DC .

Date: 5.01.2023

Arresting officer's signature

Alex Adkins   DUSM
*Printed name and title*