UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    :    CRIMINAL NO.   **23-cr-168**

                      :

    **v.**                :

                      :

**RAYMON DANDRIDGE,**      :
    **Defendant.**         :

*[handwritten: Let this be filed / Royce C. Lamberth / U.S.D.J. 4/10/24]*

<u>STATEMENT OF OFFENSE</u>

The parties in this case, the United States of America and the defendant, Raymon Dandridge ("Dandridge"), stipulate and agree that the following facts are true and accurate. These facts do not constitute all facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

<u>Statement of Facts</u>

On Saturday April 22, 2023, an FBI Washington Field Office Task Force Officer (TFO) was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a social media platform that is known to law enforcement as a place where people meet to discuss various fetishes among other things. Some members use this platform to meet others who have an interest in incest, taboo and CSAM (child sex abuse material.)

On Saturday April 22, 2023, the UC received a private message from Raymon Dandridge (Dandridge) using the screen name, "D4ALL." The following is a portion of the private chat between Dandridge and the UC:

1

Dandridge: Hey Perv hows it going

UC: Going great, u a perv too?

Dandridge: Yes, It's hard trying to find local one's around here

UC: Yes it is I have no limits

Dandridge: I just have a few scat adult in diapers vomit. Other than that I'm with it. You got kids?

UC: Yes Dau 8. Dating a girl off and on with a 7 yo boy U?

Dandridge: No not yet, working on it. That's what's up. Does she get into it or she doesn't know?

UC: I perv on her when she sleeps. How old is yours

Dandridge: Mmm that sounds like fun

UC: Yes I love playing with her

Dandridge: I don't have one yet I'm working on it trying to find a woman that's into without saying she's into it.

UC: Ah cool.

Dandridge: It's just you two? Or the girlfriend stay with y'all

UC: Just us two. Shared custody.

Dandridge: I'm talking to one dad he has two kids the son is 12he says he wants to watch me play with him but idk if he serious or just like to talk and fantasize about it . Nice so you get to play often.

UC: Mmmm if he is serious let me know.

Dandridge: Oh I will

UC: It would be hot to see another perv cum and touch mine

Dandridge: I would love to.

UC: Mmmmmm. How far from DC

Dandridge: I'm very discreet. I'm in Lothian near Upper Marlboro 4 mins from route 4.

UC: I'd be up for that for sure if we have trust.

2

Dandridge: Oh yeah I not telling nobody. I cant afford to get into any trouble so we good on my end.

During the course of the chat the UC asked Dandridge if he had, "young material," referring to child sex abuse material. Dandridge informed the UC that he did have this type of material, and asked the UC if he had Telegram. The UC provided his Telegram account information to Dandridge and began communicating with him on Telegram.

Dandridge used the Telegram screen name, Ray Gozeinu. Dandridge sent the UC an invite to chat with him in a private "secret" chat within Telegram. On April 22, 2023, Dandridge sent the UC a video depicting an adult male masturbating next to an infant, and shows the adult man inserting his penis into the infant's mouth. Dandridge told the UC that he had more videos, and asked the UC if crying bothered him. The UC told Dandridge that crying did not bother him.  In response, Dandridge sent the UC a video showing an adult male forcibly inserting his penis in the mouth and anus of a toddler-aged child. The toddler's arms and legs are bound together with what appears to be black, Velcro, restraints.  The toddler can be heard crying in the video.

During the course of the chat, the UC sent Dandridge two images of his purported 8-year-old daughter (these images did not depict a real child). The UC provided Dandridge with his cellular phone number and told Dandridge that he trusted him. Dandridge, in return, provided his cellular number to the UC, and the UC continued to communicate with Dandridge via text messaging and Telegram.

On Monday April 24, 2023, the UC and Dandridge discussed meeting up so that Dandridge could sexually abuse the UC's purported 8-year-old daughter.  The following is a portion of that chat via Telegram:

UC: I really trust you. I live in an apartment near the capital one arena in NW. Maybe we can meet close to my apartment at a bar or something then go back to my place to play with her. Or if your not interested in her we can meet when she not here and jerk to infant/naughty shit together. I'm up for whatever.

Dandridge: I'm really not a bar person/public but I do want to meet you.

UC: Ok we can meet at my place then

Dandridge: I want to play with both of you for sure man that's not even a doubt in my mind.

UC: Lol, cool, I cant wait to see your cum on her

Dandridge: Mmm she would be my first.

On Monday April 24, 2023, Dandridge sent the UC more than 20 videos depicting toddlers and infants being sexually abused by adult men. In one of these videos, an adult male can be seen inserting his erect penis in the anus of a toddler boy. The toddler boy can be heard screaming and crying throughout the video.

On April 26, 2023, the OCE continued to communicate with Dandridge via Telegram. During the course of the chat on that day, Dandridge sent the UC over 20 videos depicting prepubescent children, some as young as infants, being sexually abused by adults. In one of the videos, an adult male can be seen masturbating his penis over the face of an infant. The infant is shown lying on his back, sucking on a pacifier. During this video, the adult male ejaculates on the infant's face.

On April 27, 2023, the OCE continued to chat with Dandridge via text message. During the course of the chat the UC informed Dandridge that his purported 8-year-old daughter would be with him, at his home, on April 28, 2023, by 12:00 p.m. The UC told Dandridge that he would put on a movie for this little girl to watch, and that he would give her some medication or substance that would render her unconscious. The UC told Dandridge that, as a result of the substance, the little girl would be unconscious for approximately 3 hours. Dandridge agreed to meet the UC and

his purported daughter at the UC's home on Friday April 28, 2023, at 12:30 p.m.

On April 28, 2023, law enforcement observed Dandridge outside of his residence in Maryland. Law enforcement observed Dandridge get into his vehicle and drive away. Cell site data shows that, on that date, Dandridge traveled from Maryland and into the District of Columbia. On April 28, 2023, at approximately 12:00 p.m., Dandridge messaged the UC to inform him that he was in the area and that he was looking for parking. He was arrested when he arrived at the agreed upon meeting location in Washington, D.C. Two cellular phones were recovered from Dandridge. After being read his *Miranda* warnings, Dandridge waived his rights and spoke with law enforcement. Dandridge admitted to communicating with the UC and to sending the UC child pornography. Dandridge said that he uses the Telegram app to store, possess, and distribute child pornography.

Dandridge's two cellular phones were forensically analyzed. One of these phones had over 3,400 images and videos depicting the sexual abuse of children, while the other had over 100 images of child pornography. One of these videos is eighteen minutes long, and shows an adult man and a prepubescent boy whose hands are bound behind his back. The adult man forces the child's head forward and pushes his penis into the little boy's mouth. Another video shows an adult man, lying down on his back. The adult man is holding a toddler-aged girl on top of him. The adult man forces the toddler's legs apart and forcibly inserts his penis into the child's vagina. The child can be heard screaming and crying throughout the video.

Dandridge has an August 2022 conviction for the Possession of Child Pornography, from Anne Arundel County, Maryland. As a result of this conviction, Dandridge was required to register as a sex offender.

Respectfully,

Matthew M. Graves
UNITED STATES ATTORNEY

*Amy E. Larson*
_____
Amy E. Larson
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Raymon Dandridge, have read this Statement of the Offense and have discussed it with my attorneys. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: ___4/10/2024___    _____
Raymon Dandridge
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: ___4/10/2024___    _____
Mary Petras, Esq.
Attorney for the Defendant

7